**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:17-CV-419-GCM**

|                           |   |          |
|---------------------------|---|----------|
|                           | ) |          |
| **TRACY A. WILLIAMS**     | ) |          |
| **Plaintiff,**            | ) |          |
| **v.**                    | ) | **ORDER**|
|                           | ) |          |
| **BIG LOTS STORES, INC.,**| ) |          |
| **Defendant.**            | ) |          |
|                           | ) |          |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Daniel J. Clark,** filed August 11, 2017 [doc. # 6].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Clark is admitted to appear before this court *pro hac vice* on behalf of Defendant, Big Lots Stores, Inc..

      **IT IS SO ORDERED.**

Signed: August 14, 2017

Graham C. Mullen
United States District Judge