IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-419-GCM

| | | |
|---|---|---|
| TRACY A. WILLIAMS | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BIG LOTS STORES, INC., | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Michael J. Shoenfelt,** filed August 11, 2017 [doc. # 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Shoenfelt is admitted to appear before this court *pro hac vice* on behalf of Defendant, Big Lots Stores, Inc..

**IT IS SO ORDERED.**

Signed: August 14, 2017

Graham C. Mullen
United States District Judge